# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| RUSSELL G. GREER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:18-cv-0394 |
| ) | Judge Aleta A. Trauger |
| TAYLOR A. SWIFT, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff Russell Greer has filed a *pro se* Complaint (Doc. No. 1) in this court, alleging state law claims and asserting diversity jurisdiction. Now before the court is the plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs. (Doc. No. 2.)

In his Application, the plaintiff indicates that he is currently employed, earning $1,980 in monthly gross pay. Annualized, this amount equates to $23,760 before taxes, almost double the federal poverty guideline for 2018 for an individual with no dependents. *See* https://aspe.hhs.gov/poverty-guidelines. The plaintiff does not indicate that he has any dependents. He states that he has no debt except a credit card bill on which he pays $100 monthly. The monthly expenses listed on the Application amount to substantially less than the plaintiff's monthly income, even if the court presumes that his net income, after deducting taxes, is 20–25% less than his gross income. Based on the information provided, the court cannot conclude that the plaintiff is indigent or that he lacks sufficient financial resources from which to pay the fee required for the filing of a complaint. The Application (Doc. No. 2) is therefore **DENIED**.

Accordingly, to proceed with this action, the plaintiff **MUST**, within **21 days** of his receipt of this Order, submit the $400.00 filing fee in full to the Clerk of Court. Failure to comply with this Order within the specified time may result in dismissal of this action for failure to prosecute and failure to comply with the court's Order, but the plaintiff may request an extension of the deadline if necessary.

It is so **ORDERED**.

ENTER this 3rd day of May 2018.

_____
ALETA A. TRAUGER
United States District Judge