05/17/18

Dear Court Clerk:

Please find enclosed my cashier's check for the amount of $100.00. The amount is for my case's filing fee. I had originally filed an application to waive the filing fees, but it was denied.

My case is Greer v. Swift
Case # 3:18-cv-0394.

Thank you,
Russell Greer

russmark@gmail.com
775-300-0795

RECEIVED IN CLERK'S OFFICE MAY 22 2018 U.S. DISTRICT COURT MIDDLE DISTRICT OF TN.