```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675050455
Cashier ID: mgregory
Transaction Date: 05/22/2018
Payer Name: RUSSELL GREER
----------------------------------------
CIVIL FILING FEE
 For: RUSSELL GREER
 Amount:         $400.00
----------------------------------------
Paper Check Conversion
 Amt Tendered: $400.00
----------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

For: 3:18-cv-0394
```