IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RUSSELL G. GREER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:18-cv-0394 |
| | ) | Judge Aleta A. Trauger |
| TAYLOR A. SWIFT, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Following the denial of his application to proceed *in forma pauperis*, plaintiff Russell Greer has now paid in full the $400 filing fee.

This action is **REFERRED** to the magistrate judge to oversee service of process, to enter a scheduling order for the management of the case, to dispose or recommend disposition of any pretrial motions under 28 U.S.C. §§ 636(b)(1)(A) and (B), and to conduct further proceedings, if necessary, under Rule 72(b) of the Federal Rules of Civil Procedure and the Local Rules of Court.

The plaintiff is notified that he is responsible for effecting service of process on the defendant in accordance with the Federal Rules of Civil Procedure. In addition, he **MUST** keep the court informed at all times of his current address. Failure to do so may result in dismissal of this action for failure to prosecute.

It is so **ORDERED**.

ENTER this 24th day of May 2018.

_____
ALETA A. TRAUGER
United States District Judge