# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee, Nashville Division

| | |
|---|---|
| Russell Greer <br> *Plaintiff* <br> v. <br> Taylor Swift <br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 3 18 0394 <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Taylor Swift
900 20th Ave South
#1710
Nashville, TN 37215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

*CLERK OF COURT*

JUN 0 5 2018

Date: _____    _____
*Signature of Clerk or Deputy Clerk*