Russell Greer
6337 South Highland Dr.
#209
Holladay, Utah 84121
801-895-3501
russmark@gmail.com
Pro Se Litigant

RECEIVED
IN CLERK'S OFFICE
AUG 1 4 2018
U.S. DISTRICT COURT
MID. DIST. TENN.

# IN THE UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

| | |
|---|---|
| **RUSSELL G. GREER,**<br><br>Plaintiff<br><br>v.<br><br>**TAYLOR A. SWIFT,**<br><br>Defendant | **NOTICE OF CHANGE OF ADDRESS**<br><br>Case No.: 3:18-cv-00394<br><br>Presiding Judge: Aleta A. Trauger<br><br>Magistrate Judge: Alistair Newbern |

Plaintiff Russell G. Greer comes forward now and informs the Court of his updated address:

>Russell Greer
>6337 South Highland Dr.
>#209
>Holladay, Utah 84121

DATED: July 2nd, 2018

>Respectfully submitted,
>
>
>By:
>
>Russell Greer
>Pro Se Litigant
>/rgreer/

**CERTIFICATE OF SERVICE:**

I certify that on July 2nd, 2018, a true and correct copy of PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS was emailed to the following:

NATALYA ROSE, only officially known attorney for defendant: nrose@roseipfirm.com

Russell Greer
6337 South Highland Drive
#209
Holladay, Utah 84121

United States Court Clerk
801 Broadway
Nashville, Tennessee 37203

