Civil Action No. **3:18-CV-00394**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

**RECEIVED IN CLERK'S OFFICE AUG 1 4 2018 U.S. DISTRICT COURT MID. DIST. TENN.**

This summons for: **Venable, LLP** (lawyers for Taylor Swift)
was received by me on August 6, 2018

☐ I personally served the Summons, Complaint for Compensatory and Punitive Damages, and for Preliminary Injunction Relief on the individual at 2049 Century Park E Suite 2300, Los Angeles, CA 90067 on August 7, 2018 4:55 PM

☐ I left the above listed documents at the individual's residence or usual place of abode with   , a person of suitable age and discretion who resides there, on *(date)*   , and mailed a copy to the individual's last known address; or

☑ I served the above listed documents to **Eric Prasad**, who is designated by law to accept service of process on behalf of **Venable, LLP** on **August 7, 2018 4:55 PM**

☐ I returned the above listed documents unexecuted because;

☐ other *(specify)*:

My fees are $50

I declare under penalty of perjury that this information is true.

Date: August 7, 2018

*Tamar Ravid*
Server's signature

**Tamar Ravid**
*Printed name and title*

**By the Book Attorney Service**
**3637 Glendon Ave. Suite 203**
**Los Angeles, CA 90034**
**(818) 445-7448**

*Server's Address*

A0440-619535