# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| **RUSSELL GREER,** <br><br> **Plaintiff,** <br><br> v. <br><br> **TAYLOR A. SWIFT,** <br><br> **Defendant.** | Case No. 3:18-cv-00394 <br><br> Presiding Judge: Aleta A. Trauger <br><br> Magistrate Judge: Alistair Newbern |

## OPPOSITION TO MOTION FOR FINAL DEFAULT JUDGMENT

Defendant hereby opposes the Motion for Entry of Final Default Judgment filed by Plaintiff, and states as follows:

1. Plaintiff's Motion must be denied because the Defendant has not been served with a summons and the complaint in this action as required by Federal Rule of Civil Procedure 4. *Blake v. Bentsen*, 1995 U.S. Dist. LEXIS 22072, 1995 WL 428706 (S.D.N.Y. 1995) ("prerequisite to the entry of a default judgment against a defendant, however, is service of process on the defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure. No service of process was made on Defendant in the instant case. Thus, Defendant cannot be in default.")

2. The entity allegedly served, Venable LLP, is not a party to this action and is not authorized to accept service on behalf of the Defendant.

3. This Motion is being filed for the limited purpose of ensuring that the Court does not enter a default judgment against Defendant for the reason stated above. Defendant is not entering an appearance in this action and reserves all rights and defenses in the event service is ever obtained.

1

DATED:  September 14, 2018　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　/s/ Natalya L. Rose
　　　　　　　　　　　　　　　　　　　　Natalya L. Rose (No. 021701)
　　　　　　　　　　　　　　　　　　　　ROSE IP LAW PLLC
　　　　　　　　　　　　　　　　　　　　4235 Hillsboro Pike
　　　　　　　　　　　　　　　　　　　　Suite 300
　　　　　　　　　　　　　　　　　　　　Nashville, TN  37215
　　　　　　　　　　　　　　　　　　　　Telephone: (615) 601-1011
　　　　　　　　　　　　　　　　　　　　nrose@roseipfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2018, the foregoing Opposition to Motion for Final Default Judgment was filed through this Court's CM/ECF System and served by first-class mail, postage prepaid to:

>   Russell Greer
>   6337 South Highland Dr.
>   #209
>   Holladay, Utah 84121

Dated: September 14, 2018  /s/ Natalya L. Rose
 Natalya L. Rose

3

Case 3:18-cv-00394   Document 11   Filed 09/14/18   Page 3 of 3 PageID #: 134