# UNITED STATES DISTRICT COURT

for the

Middle ___ District of ___ Tennessee, Nashville Division

| | |
|---|---|
| Russell Greer _____ <br> *Plaintiff* <br><br> v. <br><br> Taylor Swift _____ <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) Civil Action No.    3:18-cv-00394 <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Taylor Swift
> 900 20th Ave
> #1710
> Nashville, TN 37215

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   NOV 2 6 2018        _____
                                     *Signature of Clerk or Deputy Clerk*