UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RUSSELL G. GREER, <br><br> Plaintiff, <br><br> v. <br><br> TAYLOR A. SWIFT, <br><br> Defendant. | Case No. 3:18-cv-0394 <br><br> Judge Trauger <br> Magistrate Judge Newbern |

### ORDER

Plaintiff Russell G. Greer, who appears in this action pro se, has asked the Clerk's Office to issue a subpoena to Douglas Sipes, who owns a UPS Store in Nashville, Tennessee. Greer hopes to obtain from Sipes "the physical address attached to mailbox 256, the owners of which are 13 Management and Taylor Nation, LLC so that service can be had upon them for Defendant." The Court assumes that Greer seeks this information to assist him in effecting service, which the Court has ordered him to do by January 15, 2019. (Doc. No. 15.)

Under this Court's Local Rules, the Clerk's Office may issue a subpoena to a pro se party "only upon written motion made and order entered by the Court." M.D. Tenn. R. 45.01 (subpoenas). Greer has not requested this subpoena by a motion. The Clerk's Office is therefore DIRECTED to return the unissued subpoena to Greer. Greer may request the issuance of a new subpoena by motion in compliance with the Local Rule, which should include the proposed subpoena as an exhibit to the motion and address the reasons why Greer believes the subpoena should issue under Federal Rule of Civil Procedure 45.

1

Also under the Court's Local Rules, a party seeking production of documents from a person not a party to the action must serve a copy of the subpoena on counsel for every other party at least two days before service of the subpoena. M.D. Tenn. R. 45.01(d) (timing of subpoenas for production of documents). The procedural posture of this case is not a perfect fit for this rule; because Defendant Swift has not yet been served, her counsel has appeared only to oppose entry of default. (Doc. No. 11.) Greer shall serve Swift's counsel with any renewed motion he may file, which will satisfy this requirement.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge