IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RUSSELL G. GREER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:18-cv-00394 |
| ) | Judge Trauger |
| TAYLOR A. SWIFT, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

On February 11, 2019, the magistrate judge issued a Report and Recommendation (DE #22), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 5th day of March 2019.

_____
ALETA A. TRAUGER
U.S. District Judge