UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Russell G. Greer

      Plaintiff,

v.             Case No.: 3:18–cv–00394

Taylor A. Swift

      Defendant,

## ENTRY OF JUDGMENT

 Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 3/5/2019 re [23].

                   Clerk of Court
                s/ Dalaina Thompson, Deputy Clerk